UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH VOLFMAN,

                  Plaintiff,

      -v-

39 ST. MARKS INC., *et al.*,

                  Defendants.

24-CV-4923 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty days.

      All filing deadlines and conference dates are adjourned *sine die*.

      SO ORDERED.

Dated: January 3, 2025
       New York, New York

                                                      _____
                                                         J. PAUL OETKEN
                                                    United States District Judge